RECEIVED
CHARLOTTE, N.C.
MAY 1 3 2005
Clerk, U.S. Dist Court
W. Dist. of N. C.

UNITED STATES DISTRICT COURT STATESVILLE DIVISION,
WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| J & L's CARGO EXPRESS, Inc. an Indiana corporation, | ) ) ) | CASE NO. 5:03 CV 159 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ANGELA TRAVIS an individual d/b/a/ HICKORY INCLOSED TRAILER SALES; AMWAL, INC. a Georgia Corporation; and CARGO STAR OF GEORGIA, INC. a Georgia Corporation. | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) ) ) | |

## ORDER TO DISMISS

**THIS MATTER IS BEFORE THE COURT** on the parties' Joint Motion to Dismiss. The Court having considered the parties' Stipulation and Joint Motion to Dismiss. Furthermore, the Court is informed that on April 26, 2005, the Honorable John T. Laney, III, Judge for the United States Bankruptcy Court for the Middle District of Georgia, Ordered that the trustee for Defendant Cargo Star of Georgia, Inc. was authorized to execute the parties' Stipulation and Joint Motion to Dismiss.

**NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED**:

1. All claims in the above-captioned matter are dismissed without prejudice.

2. Each party shall bear their own fees and expenses incurred in the action.

3. This Court shall retain jurisdiction over any dispute arising from the implementation of the parties' Stipulation and Joint Motion to Dismiss.

**IT IS SO ORDERED,** this 16th day of May, 2005.

*/s/ David C. Keesler*
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE